**William ROSS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 76501.**

Missouri Court of Appeals,
Western District.

Sept. 9, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 28, 2014.

Application for Transfer Denied Dec. 23, 2014.

Damien De Loyola, Kansas City, MO, for Appellant.

Mary Moore, Jefferson City, MO, for Respondent.

Before Division Two: VICTOR C. HOWARD, P.J., JAMES EDWARD WELSH, and ANTHONY REX GABBERT, JJ.

### ORDER

PER CURIAM:

William Ross appeals the circuit court's denial of his Rule 29.15 motion for post-conviction relief in which he sought to have his convictions for forcible rape and first-degree burglary set aside on the basis of ineffective assistance of trial counsel. We affirm. Rule 84.16(b).